IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Vs. | § § § § | CASE NO. 7:08CR0022-O-KA-1 |
| VINCENT LUNA | | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**VINCENT LUNA**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to *Count 1 of the Indictment*. After cautioning and examining **VINCENT LUNA** -- under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **VINCENT LUNA** be adjudged guilty and have sentence imposed accordingly.

Date: January 15, 2009

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).